

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2019

No. 04-19-00232-CR

Abrosia **LERMA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17137
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to September 27, 2019. **No further extensions of time will be granted absent extraordinary circumstances.**

It is so **ORDERED** on September 5, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court